**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:02cr00255-023** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CRAIG JOHNSTONE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on May 23, 2012,  upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release.  The defendant was present and represented by Attorney Darin Thompson.  The initial violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on May 7, 2012, recommending a dismissal of the new law violation against the defendant and modifications of his conditions of supervised release pursuant to agreement of the parties.  The Court adopts the Report and Recommendation.

The defendant waived his right to a hearing and consented to the modifications of conditions of supervised release to include the Second Chance Act and placement in a community correctional facility for a period of 90 days or until alternative housing is available to the defendant.

Defendant shall remain in the custody of the United States Marshal until placement is made by the supervising officer.

**IT IS SO ORDERED.**

Dated: May 23, 2012                          _s/     James S. Gwin_
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE