IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:02CR255 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| CRAIG LEON JOHNSTONE, | ) | <u>JOURNAL ENTRY</u> |
| | ) | |
| Defendant. | ) | |

 This matter came on to be heard upon the petition of Robert E. Bulford, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Lorain Correctional Institution, Grafton, Ohio, and/or the United States Marshal at Cleveland, Ohio.  The Court, being fully advised in the said matter, finds that the said CRAIG LEON JOHNSTONE, is detained in the Lorain Correctional Institution, Grafton, Ohio, under the custody of said Warden.

 The Court further finds that the said United States desires to proceed with an Initial Appearance on a Supervised Release Violation, in violation of Title 18, United States Code, Section 3583, at Cleveland, Ohio, on Wednesday, February 25, 2015, at 12:30 p.m., and to other court proceedings relating to such Supervised Release Violation as this Court may deem proper.

 THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio.

Dated: February 5, 2015

                 s/  James S. Gwin
                 JAMES S. GWIN
                 UNITED STATES DISTRICT JUDGE